### ARNALL agt. MOSS

John Arnall Attourny unto John Seavy plaint. ag$^t$ Obadiah Moss Def$^t$ in an action of the case for non performance of Covenants made by the s$^d$ Moss to the s$^d$ Seavy in an Jndenture dat$^d$ pr$^o$ June. 1671 to the great damage of the s$^d$ Seavy w$^{th}$ other due damages etc. . . . The Jury . . . found for the Def$^t$ costs of Court allow$^d$ Forty Shillings

### VRIN ag$^t$ WHEELER

Jane Vring plaint. ag$^t$ Henry Wheeler Def$^t$ in an action of the case for not paying the Summe of five pound twelve Shillings in mony due for three months and a halfe Service of Roger Kelley with him saide Wheeler Let unto him by the s$^d$ Vrin at thirty two Shillings per month on a voyage to Nevis & Jamaica which s$^d$ Kelley performed his Service in [476] But the now Defend$^t$ witholds the due whereby the now plaint. is damnified the value aboves$^d$ with other due damages &c. . . . The Jury . . . found for the plaint. five pound twelve Shillings in mony and costs of Court.

### PERRY ag$^t$ GILL

Seth Perry plaint. ag$^t$ John Gill Defend$^t$ The plaint. withdrew his action.

### HAYWARD ag$^t$ HOLBROOKE

Samuel Hayward plaint. ag$^t$ John Holbrooke Jun$^r$ Def$^t$ The plaint. withdrew his action.

### HARRIS agt. SHEFFEILD

Richard Harris plaint. ag$^t$ Edmund Sheffeild Defend$^t$ in an action of debt of Forty Eight Shillings & three pence in mony due by bill bearing date the. 10th of July 1677. under the hand of s$^d$ Sheffeild with all other due damages &c. . . . The Jury . . . found for the plaint. Forty Eight Shillings and three pence & costs of Court twenty two Shillings ten pence.

Execucion issued 5$^o$ 9$^{br}$ 1677

### TAY ag$^t$ BLAKE

John Tay plaint. ag$^t$ Samuel Blake Defend$^t$ The plaint. was nonsuted upon non appearance